**Steven Andrew WILDMAN, Appellant,**

v.

**Vicki Eileen WILDMAN, Respondent.**

**No. WD 44798.**

Missouri Court of Appeals, Western District.

May 12, 1992.

Rehearing Denied June 30, 1992.

John E. Chick, Jr., Kansas City, for appellant.

Richard W. Dahms, Frost, Fisher, Pickett & Dahms, Cameron, for respondent.

Before LOWENSTEIN, C.J., BRECKENRIDGE, P.J., and HANNA, J.

## ORDER

PER CURIAM:

Appeal from that portion of a decree of dissolution dividing marital property, ordering spousal maintenance and ordering the payment of attorney's fees.

The judgment is affirmed. Rule 84.16(b).